**Sherman TRIPP, Respondent**

v.

**Larry CRAWFORD, Appellant.**

**No. WD 67261.**

Missouri Court of Appeals, Western District.

April 17, 2007.

Stephen D. Hawke, Jefferson City, MO, for Appellant.

Sherman Tripp, St. Louis, MO, Respondent Acting pro se.

Before LISA WHITE HARDWICK, P.J., ROBERT G. ULRICH, and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM.

The Missouri Department of Corrections ("DOC") appeals the circuit court's judgment granting Mr. Sherman Tripp's petition for declaratory judgment.

parenting time division. That division is exactly the same but just carries a different description.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).